# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SAMUEL DAVIS an individual, ANACORTES YACHT CHARTERS, INC., a Washington corporation, JULIA and WILLIAM SIMMONDS, a married couple, ASSURED PARTNERS OF WASHINGTON, LLC, a foreign limited liability company, and USI INSURANCE SERVICES, LLC, a foreign limited liability company.<br><br>　　　　　　　Defendants. | NO. 2:23-cv-1673<br><br>**COMPLAINT FOR DECLARATORY RELIEF**<br><br>**JURY DEMAND** |

Plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys, Wakefield & Kirkpatrick, PLLC, files this Complaint for Declaratory Judgment against the above-captioned Defendants, and would respectfully show the Court the following:

---

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF**1
(Case No. _____)

/State Farm v Davis dec action Complaint.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

## I. NATURE OF ACTION

1. This is an insurance coverage action seeking declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202. State Farm seeks a determination of the parties' rights and obligations under an automobile liability policy it issued to Hannah Joy Davis and Thomas Benjamin Davis, as more particularly described below, with respect to claims asserted by Julia Simmonds and Williams Simmonds in the action captioned and numbered, *Simmonds v. Anacortes Yacht Charters, Inc.*, 23-2-00517-29 pending in the Superior Court for the State of Washington, County of Skagit.

## II. PARTIES

2. At all relevant times herein, State Farm is and was an Illinois corporation with its principal place of business in Illinois and was authorized to write liability insurance policies in Washington.

3. On information and belief, at all relevant times herein, defendant Samuel Davis is and was a Washington resident.

4. On information and belief, at all relevant times herein, Julia and William Simmonds are and were Arizona residents.

5. On information and belief, at all times relevant herein, Anacortes Yacht Charters, Inc. ("Anacortes Yacht") is a Washington corporation legally doing business in Washington with a principal place of business in Anacortes, WA, Skagit County.

6. On information and belief, at all times relevant herein, Assured Partners of Washington, LLC ("Assured Partners") is a foreign limited liability company legally doing business in Washington with a principal place of business in Anacortes, WA, Skagit County.

7. On information and belief, at all times relevant herein, USI Insurance Services, LLC ("USI") is a foreign limited liability company legally doing business in Washington with a principal place of business in Anacortes, WA, Skagit County.

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF**2
(Case No. _____)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/State Farm v Davis dec action Complaint.docx

### III. JURISDICTION AND VENUE

8. This declaratory judgment action is brought pursuant to 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.

9. An actual justiciable controversy exists between State Farm and the defendants within the meaning of 28 U.S.C. § 2201 regarding insurance coverage provided under a policy that State Farm issued to Samuel Davis.

10. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the suit is between citizens of different states. The State Farm policy at issue has bodily injury liability policy limits of $50,000 each person/$100,000 each accident. State Farm is currently paying for the defense of Samuel Davis in *Simmonds v. Anacortes Yacht Charters, Inc.*, subject to a reservation of rights. Further, there is complete diversity of citizenship between State Farm and the named defendants.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(1) because the acts complained of occurred in Skagit County, Washington, which falls under the Western District of Washington in Seattle.

### IV. FACTS

**The Policy**

12. State Farm issued an automobile liability policy to Hannah Joy Davis and Thomas Davis, policy number 479 3538-D19-47 ("Policy"), that was in effect on September 5, 2022, the date of the accident. A copy of the policy is attached hereto as Exhibit A. The policy has bodily injury liability limits of $50,000 each person/$100,000 each accident. The vehicle listed on the declarations page is a 2008 Mercury Mountaineer.

13. The Policy contains the following Insuring Agreement language:

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF**3
(Case No. _____)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/State Farm v Davis dec action Complaint.docx

1. *We* will pay:

   a. damages an *insured* becomes legally liable to pay because of:

   (1) *bodily injury* to others; and
   (2) damage to property

   caused by an accident that involves a vehicle for which that *insured* is provided Liability Coverage by this policy.

14. The Policy defines "Insured" as follows:

   *Insured* means:

   1. *you* and *resident relatives* for:
      a. the ownership, maintenance, or use of:
         (1) *your car*
         (2) a *newly acquired car;* or
         (3) a *trailer* and;
      b. the maintenance or use of:
         (1) a *non-owned car*, or
         (2) a *temporary substitute car* …

15. The Policy defines "Non-Owned" as:

   *Non-Owned Car* means a *car* that is in the lawful possession of *you* or and *resident relative* and that is neither:

   1. Is *owned by:*
      a. *you;*
      b. Any *resident relative*;
      c. Any other *person* who resides primarily in *your* household; or
      d. An employer of any *person* described in a., b., or c., above; nor
   2. has been operated by, rented by, or in the possession of:
      a. *you*; or
      b. Any *resident relative*
      during any part of each of the 31 or more consecutive days immediately prior to the date of the accident or *loss*.

### The Accident and Simmonds's Tort Suit

16. In June 2023, Julia Simmonds filed a complaint against Anacortes Yacht and Samuel Davis in Skagit County Superior Court, Case No. 23-2-00517-29 (the "Simmonds Action"), alleging that she was legally crossing Q avenue as a pedestrian in Anacortes, WA

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF**4
(Case No. _____)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/State Farm v Davis dec action Complaint.docx

when she was struck by Samuel Davis, an employee of Anacortes Yacht, while he was driving a Chevy Silverado truck owned by the company. In the Simmonds Action, Anacortes Yacht brought third-party claims against Assured Partners and USI. A copy of the Complaint is attached as **Exhibit B**. A copy of Anacortes Yacht's Third-Party Complaint is attached as **Exhibit C**.

17. Samuel Davis at the time of the accident was employed by Anacortes Yacht.

18. The Simmonds Action alleges Simmonds was injured in the collision as a result of defendants Samuel Davis and Anacortes Yacht's breach of their duty to exercise ordinary and reasonable care while operating a vehicle.

19. Samuel Davis was driving a 2013 Chevy Silverado 1500 4WD at the time of the accident. This vehicle at all times relevant was owned by Anacortes Yacht and was being used in Mr. Davis' employment capacity.

20. As such, the Silverado is not considered to be non-owned under the Policy, nor does it qualify under any other terms of the Policy.

### V. CAUSES OF ACTION

21. Paragraphs 1-20 set forth herein are incorporated by reference.

22. The vehicle driven by Samuel Davis and owned by Anacortes Yacht on September, 5 2022 that is the subject of the Simmonds Action was not "non-owned" as defined by the State Farm Policy. Samuel Davis was not an "insured" under the Policy for purposes of this accident and there is no liability coverage for Mr. Davis under the Policy for the damages claimed in the Simmonds Action. State Farm has no duty to defend or indemnify Samuel Davis in the Simmonds Action.

### VI. PRAYER FOR RELIEF

WHEREFORE, for the reasons set forth above, State Farm asks that the Court find and declare the following:

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF**5
(Case No. _____)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/State Farm v Davis dec action Complaint.docx

1. The State Farm Policy does not provide coverage to Samuel Davis for the damages claimed in the Simmonds Action; and

2. State Farm has no duty to defend or indemnify Samuel Davis under the State Farm Policy in the Simmonds Action; and

3. Any other relief this court deems just and equitable.

DATED this 2nd day of November, 2023.

WAKEFIELD & WAKEFIELD, PLLC

By  *s/ Dan Kirkpatrick*

Dan Kirkpatrick            WSBA #38674
WAKEFIELD & WAKEFIELD, PLLC
17544 Midvale Ave N, Suite 307
Shoreline, WA  98133
T:(206) 629-5489
F:(206) 629-2120
E-mail:  dkirkpatrick@wakefieldkirkpatrick.com
Attorneys for State Farm

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF**6
(Case No. _____)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/State Farm v Davis dec action Complaint.docx

# CERTIFICATE OF SERVICE

I hereby certify that on November 2nd, 2023, I emailed the following document(s):

To the following:

**Attorneys for Samuel Davis:**

Samuel Ben Behar
Mark Dynan
Dynan and Associates, P.S.
2102 N Pearl St Ste 400
Tacoma, WA 98406
sbehar@dynanassociates.com
mdynan@dynanassociates.com

**Attorneys for Anacortes Yacht Charters, Inc.:**

Steven Douglas Jensen
Jensen Morse Baker PLLC
1809 7th Ave Ste 410
Seattle, WA 98101-4403
steve.jensen@jmblawyers.com

**Attorneys for Julia and William Simmonds:**

Heather D. Webb
GLP Attorneys, P.S., Inc.
Attorneys at Law
1854 S. Burlington Boulevard
Burlington, WA 98233
hwebb@glpattorneys.com

*s/Erin Bour*
Erin Bour
WAKEFIELD & WAKEFIELD, PLLC
17544 Midvale Ave N, Suite 307
Shoreline, WA  98133
T: (206) 629-5489
F: (206) 629-2120
ebour@ wakefieldkirpatrick.com

COMPLAINT FOR DECLARATORY RELIEF **COMPLAINT FOR DECLARATORY RELIEF** 7
(Case No. _____)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/State Farm v Davis dec action Complaint.docx