UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMUEL DAVIS an individual, ANACORTES YACHT CHARTERS, INC., a Washington corporation, JULIA and WILLIAM SIMMONDS, a married couple, ASSURED PARTNERS OF WASHINGTON, LLC, a foreign limited liability company, and USI INSURANCE SERVICES, LLC, a foreign limited liability company.<br><br>    Defendants. | CASE NO. 2:23-cv-1673-JLR<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS**<br><br>**NOTE ON MOTION CALENDAR: February 2, 2024**<br><br>**(Same Day Motion)** |

**STIPULATION**

Pursuant to FRCP 41(a), plaintiff State Farm Mutual Automobile Insurance Company ("State Farm"), defendant AssuredPartners of Washington, LLC ("AssuredPartners"), and defendant USI Insurance Services, LLC ("USI"), stipulate that all claims against

---

STIPULATION FOR AND ORDER OF DISMISSAL OF
CERTAIN DEFENDANTS-1
(Case No. 2:23-cv-1673-JLR)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

AssuredPartners and USI shall be dismissed with prejudice. AssuredPartners and USI stipulate that they shall not challenge the result of this declaratory judgment lawsuit.

This stipulation does not affect the remaining defendants Samuel Davis, Anacortes Yacht Charters, Inc., Julia Simmonds, and William Simmonds.

DATED this 2nd day of February, 2024.

WAKEFIELD & WAKEFIELD, PLLC

By *s/ Dan Kirkpatrick*

Dan Kirkpatrick WSBA #38674
WAKEFIELD & WAKEFIELD, PLLC
17544 Midvale Ave N, Suite 307
Shoreline, WA 98133
T:(206) 629-5489
F:(206) 629-2120
E-mail: dkirkpatrick@wakefieldkirkpatrick.com
*Attorneys for State Farm*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By *s/-Kathleen A. Nelson*

Kathleen A. Nelson, WSBA #22826
Synova M. L. Edwards, WSBA #43063
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Kathleen.Nelson@lewisbrisbois.com
Synova.Edwards@lewisbrisbois.com
*Attorneys for USI Insurance Services*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*

Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057

Facsimile:  (206) 693-7058
Email: adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Todd J. Kaiser*
 Todd J. Kaiser, IN Bar #10846-49
 (*pro hac vice* admission pending)
 300 North Meridian Street, Suite 2700
 Indianapolis, IN  46204
 Telephone:  (317) 916-2155
 Facsimile:  (317) 916-9076
 Email:  todd.kaiser@ogletree.com
 *Attorneys for Defendant AssuredPartners of Washington, LLC*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Sarah A. Mindes*
 Sarah A. Mindes, IL Bar #6285036
 (*pro hac vice* admission pending)
 155 North Wacker Drive, Suite 4300
 Chicago, IL  60606
 Telephone:  (312) 558-1239
 Facsimile:  (312) 807-3619
 Email:  sarah.mindes@ogletree.com
 *Attorneys for Defendant AssuredPartners of Washington, LLC*

**STIPULATION FOR AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS-1**
(Case No. 2:23-cv-1673-JLR)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

# ORDER

Based on the above Stipulation IT IS HEREBY ORDERED that all claims against the following Defendants shall be dismissed with prejudice and without costs or fees to any party:

a. **AssuredPartners of Washington, LLC**

b. **USI Insurance Services, LLC**

It is so ORDERED.

DATED this <u>2nd</u> day of February, 2024.

_____
Hon. James L. Robart
United States District Judge

**STIPULATION FOR AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS-1**
(Case No. 2:23-cv-1673-JLR)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

# CERTIFICATE OF SERVICE

I hereby certify that on 2nd Febraury, 2024, I emailed the following:

**Attorneys for Samuel Davis:**

Samuel Ben Behar
Mark Dynan
Dynan and Associates, P.S.
2102 N Pearl St Ste 400
Tacoma, WA 98406
sbehar@dynanassociates.com
mdynan@dynanassociates.com

**Attorneys for Anacortes Yacht Charters, Inc.:**

Steven Douglas Jensen
Jensen Morse Baker PLLC
1809 7th Ave Ste 410
Seattle, WA 98101-4403
steve.jensen@jmblawyers.com

**Attorneys for Julia and William Simmonds:**

Heather D. Webb
GLP Attorneys, P.S., Inc.
Attorneys at Law
1854 S. Burlington Boulevard
Burlington, WA 98233
hwebb@glpattorneys.com

**Attorneys for USI Insurance Services**

Kathleen A. Nelson
Synova M. L. Edwards
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Kathleen.Nelson@lewisbrisbois.com
Synova.Edwards@lewisbrisbois.com

**ATTORNEYS FOR ASSUREDPARTNERS OF WASHINGTON, LLC**

---

STIPULATION FOR AND ORDER OF DISMISSAL OF
CERTAIN DEFENDANTS-1
(Case No. 2:23-cv-1673-JLR)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | Adam T. Pankratz, WSBA #50951 |
| 3 | 1201 Third Avenue, Suite 5150 |
| | Seattle, WA  98101 |
| 4 | Telephone:  (206) 693-7057 |
| | Facsimile:  (206) 693-7058 |
| 5 | Email: adam.pankratz@ogletree.com |
| 6 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 7 | Todd J. Kaiser, IN Bar #10846-49 |
| 8 | (*pro hac vice* admission pending) |
| | 300 North Meridian Street, Suite 2700 |
| 9 | Indianapolis, IN  46204 |
| | Telephone:  (317) 916-2155 |
| 10 | Facsimile:  (317) 916-9076 |
| | Email:  todd.kaiser@ogletree.com |
| 11 | |
| 12 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 13 | Sarah A. Mindes, IL Bar #6285036 |
| | (*pro hac vice* admission pending) |
| 14 | 155 North Wacker Drive, Suite 4300 |
| | Chicago, IL  60606 |
| 15 | Telephone:  (312) 558-1239 |
| 16 | Facsimile:  (312) 807-3619 |
| | Email:  sarah.mindes@ogletree.com |

    *s/Erin Bour*
_____
Erin Bour
WAKEFIELD & WAKEFIELD, PLLC
17544 Midvale Ave N, Suite 307
Shoreline, WA  98133
T: (206) 629-5489
F: (206) 629-2120
ebour@ wakefieldkirpatrick.com

**STIPULATION FOR AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS-1**
(Case No. 2:23-cv-1673-JLR)