# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL DAVIS, et al.,<br><br>　　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-1673JLR |

__　__　**Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　THE COURT HAS ORDERED THAT

　Summary judgment is GRANTED in Plaintiff State Farm Mutual Automobile Insurance Company's favor.  (8/21/24 Order (Dkt. # 41).)  State Farm has no obligation to defend or indemnify Defendant Samuel Davis for the September 5, 2022 accident involving Julia Simmonds under policy number 479 3538-D19-47.

　Filed this 22nd day of August, 2024.

　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　Deputy Clerk